IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MARY F. LACEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12-CV-00157-W-HFS |
| AMERICAN FAMILY INS. CO., | ) | |
| MISSOURI DEPT. OF SOCIAL SERVICES | ) | |
| MISSOURI GAS ENERGY, | ) | |
| KANSAS CITY HOUSING AUTHORITY, | ) | |
| TRUMAN MEDICAL CENTER, | ) | |
| FDA | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiffs have filed a motion for reconsideration of an order denying leave to proceed in forma pauperis. Denial of the motion in this case was based on similar claims raised by plaintiffs against defendants American Family Insurance Co., Truman Medical Center, and the FDA in Case No. 12-124. However, additional time was granted for plaintiffs to file an amended complaint in Case No. 12-124 incorporating all claims against all defendants. It appears that the basis of the complaint filed in both cases is the alleged harm suffered by plaintiff, Jaibriaine Lacey, due to ingestion of a drug called Terbutaline.

In the above captioned case, plaintiffs continue to assert allegations regarding Terbutaline. Because it would be a wasteful exercise of judicial resources to preside over litigation in both cases asserting similar allegations against the same defendants, in forma pauperis status was not granted in this case. In this action plaintiffs also assert claims against the Missouri Dept. of Social Svcs., Missouri Gas Energy, Kansas City Housing Authority, Social Security Administration, and Kansas

City Power & Light. However, the claims asserted against these defendants are not clear in either the complaint or the instant motion for reconsideration; rather, they are rambling and lacking in detail regarding the complained-of conduct. Thus, in forma pauperis status will not be granted to plaintiffs in asserting claims against these defendants. In the event plaintiffs wish to proceed, the filing fee must be paid within thirty days from the date of this order or this case will be dismissed without further notice.

Accordingly, it is hereby

ORDERED that plaintiffs' motion for reconsideration (ECF doc. 5) is DENIED. It is further

ORDERED that the clerk of the court mail a copy of this order by regular mail and certified mail, return receipt to plaintiffs at:

3735 Highland

Kansas City, Mo. 64109

/s/Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

April 6, 2012

Kansas City, Missouri